# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPERT FLOWERS,<br><br>       Plaintiff,<br><br>    v.<br><br>DAVE DAVEY, et al.,<br><br>       Defendants. | Case No. 1:16-cv-01363-AWI-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO FILE CONSENT OR DECLINE FORM OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 12) |

Plaintiff Rupert Flowers ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on September 15, 2016. (ECF No. 1.) On December 20, 2016, the Court order Plaintiff to file a consent or decline form, or to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 12.) On December 30, 2016, Plaintiff consented to magistrate judge jurisdiction. (ECF No. 14.)

Based on Plaintiff filing the consent form, the Court finds good cause to discharge the December 20, 2016 order. Accordingly, the Court's December 20, 2016 order to show cause is HEREBY DISCHARGED. The Court advises Plaintiff that his first amended complaint will be screened in due course.

IT IS SO ORDERED.

    Dated:    **January 3, 2017**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

1