# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPERT FLOWERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVE DAVEY, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01363-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER<br><br>(ECF Nos. 6, 18) |

Plaintiff Rupert Flowers ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 18, 2017, the assigned Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for a preliminary injunction, filed September 26, 2016, be denied for lack of jurisdiction. (ECF No. 18.) Those Findings and Recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 5.) More than fourteen days have passed and Plaintiff has not filed timely objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on July 18, 2017, (ECF No. 18) is adopted in full; and

2. Plaintiff's motion for a preliminary injunction, (ECF No. 6) is DENIED.

IT IS SO ORDERED.

Dated: September 18, 2017

SENIOR DISTRICT JUDGE